*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Mackenzie
    Debtor(s)

Case No: 19–10675–jkf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to pay the final installment payment in the amount of $100.00

will be held before the Honorable Jean K. FitzSimon, United States Bankruptcy Court

on: 5/8/19

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 10, 2019

20
Form 175