**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | **Lisa Mackenzie** | Case No. | **19-10675** |
| | Debtor(s) | Chapter | **13** |

# CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2019**, a copy of **Debtor's Proof of Claim on behalf of Aaron's Sales & Leasing** was served electronically or by regular United States mail to the Trustee and all creditors listed below.

**Aaron's Sales & Leasing**

/s/ Michael R. Froehlich
**Michael R. Froehlich 92767**
**Community Legal Services, Inc.**
**1410 West Erie Ave**
**Philadelphia, PA 19140**
**215-227-2400 Fax:215-227-2435**