**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | **Lisa Mackenzie** | Case No. | **19-10675** |
| | Debtor(s) | Chapter | **13** |

# CERTIFICATE OF SERVICE

I hereby certify that on **June 10, 2019**, a copy of **Debtor's Second Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Aaron's Sales & Leasing**
**Department of Human Services**
**Penn Medicine**
**Pennsylvania Housing Finance Agency**
**Portfolio Recovery Assoc**
**Water Revenue Bureau**
**Scott F. Waterman, Trustee**
**United States Trustee**

**/s/ Michael R. Froehlich**
**Michael R. Froehlich 92767**
**Community Legal Services, Inc.**
**1410 West Erie Ave**
**Philadelphia, PA 19140**
**215-227-4733**
**Fax:215-227-2435**