United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10675-jkf
Lisa Mackenzie                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Nov 13, 2019
                              Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
```
db              Lisa Mackenzie,    4325 East Wingohocking Street,     Philadelphia, PA  19124-3108
14268024       +Aaron's Sales & Leasing,    3451 Aramingo Ave.,    Philadelphia, PA 19134-4530
14268025        Department of Human Services,    Estate Recovery Program,     P.O. Box 8486,
                 Harrisburg, PA 17105-8486
14268454       +Lisa Cancanon,    Weinstein & Riley, P.S.,    Atty for USAA Federal Savings Bank,
                 11101 West 120th Avenue #280,    Broomfield, CO 80021-2756
14296573       +PHFA,   c/o Rebecca A Solarz, Esquire,     KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14268026       +Penn Medicine,    PO Box 824406,   Philadelphia, PA 19182-4406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14307275       +E-mail/Text: blegal@phfa.org Nov 14 2019 03:40:31     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14268028        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:16
                 Portfolio Recovery Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
14307540        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:17
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14306528        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2019 03:48:16
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14268027        E-mail/Text: blegal@phfa.org Nov 14 2019 03:40:30     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101-1406
14268029       +E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:39      Water Revenue Bureau,
                 1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
```
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL R. FROEHLICH    on behalf of Debtor Lisa  Mackenzie MFroehlich@clsphila.org
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

LISA MACKENZIE

                                          : Chapter 13

          Debtor(s)                         : Bankruptcy No. 19-10675JKF

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

*Jean K. FitzSimon*

**Date: November 13, 2019**    Jean K. FitzSimon, B. J.